NOT FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

OCT 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JONATHON ANGEL RAMOS,<br><br>       Plaintiff - Appellant,<br><br>  v.<br><br>ELIZABETH SINGLETON; GLENN COLEMAN; TANYA DEGRATE; CITY OF SAN DIEGO; SAN DIEGO POLICE DEPARTMENT; UNITED STATES DRUG ENFORCEMENT ADMINISTRATION; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION,<br><br>       Defendants - Appellees. | No. 25-1435<br><br>D.C. No. 8:25-cv-00254-SPG-SSC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Central District of California
Sherilyn Peace Garnett, District Judge, Presiding

Submitted October 15, 2025[**]

Before:    FRIEDLAND, MILLER, and SANCHEZ, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Jonathan Angel Ramos appeals pro se from the district court's judgment dismissing his action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a dismissal as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). *Denton v. Hernandez*, 504 U.S. 25, 33 (1992). We affirm.

The district court did not abuse its discretion in dismissing as frivolous Ramos's action because the complaint contained fanciful factual allegations and lacked any arguable basis in law or fact. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring dismissal of a frivolous complaint filed in forma pauperis); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (explaining that a complaint "is frivolous where it lacks an arguable basis either in law or in fact," and "[the] term 'frivolous' . . . embraces not only the inarguable legal conclusion, but also the fanciful factual allegation").

We reject as unsupported by the record Ramos's contention that he was denied due process.

All pending motions and requests are denied.

**AFFIRMED.**

25-1435